UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alan Tejeda-Isabel

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

20 -CR-515     ( JMF)

Defendant ____Alan Tejeda-Isabel_____ hereby voluntarily consents to
participate in the following proceeding via __X__ videoconferencing or ____ teleconferencing:

____	Initial Appearance Before a Judicial Officer

X____	Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
	Indictment Form)

____	Bail/Detention Hearing

____	Conference Before a Judicial Officer

*Alan Tejeda-Isabel*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Alan Tejeda-Isabel_____
Print Defendant's Name

*Marisa K. Cabrera*
_____
Defendant's Counsel's Signature

_Marisa K. Cabrera_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___10/26/2020_____
Date

_____
U.S. District Judge