

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Alan Tejeda-Isabel*, No. 20 Cr. 515 (JMF)

Dear Judge Furman:

    A pretrial conference in the above-captioned matter is scheduled for May 3, 2021.

    The parties have been engaged in productive discussions regarding potential pretrial resolution of this case, but do not expect such discussions to be completed in advance of the forthcoming conference. The Government therefore writes to respectfully request that the Court adjourn the conference. After conferring with the Court's chambers regarding available dates, the parties respectfully request that the Court adjourn the pretrial conference until June 7, 2021, at 3 p.m.

    The Government further respectfully requests that the Court exclude time under the Speedy Trial Act, from May 3, 2021 to June 7, 2021, to permit the parties time to continue negotiations towards potential pretrial resolution, including allowing defense counsel adequate time to advise the defendant in light of logistical challenges to communication caused by the COVID-19 pandemic. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Marisa Cabrera, Esq. (via ECF)

Application GRANTED. Time is excluded in the interests of justice from today, April 26, 2021, until June 7, 2021, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #23. SO ORDERED.

April 26, 2021