**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
New York, NY 10007

Re: United States v. Alan Tejeda-Isabel, 20-Cr-515(JMF)

Dear Judge Furman:

    I am the attorney representing Mr. Tejeda-Isabel and write to respectfully request a thirty-day adjournment for the upcoming court appearance currently scheduled for July 15, 2021 as I will be out-of-state at a work-related conference. I apologize for the delay in informing the Court of this scheduling conflict as I was only recently been made aware that I would definitively be attending the conference. AUSA Brett Kalikow has consented to the adjournment. The defense consents to the exclusion of time. Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Application GRANTED. The conference is hereby ADJOURNED to August 4, 2021, at 2:15 p.m. Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. No further adjournment will be granted absent extreme circumstances. If appropriate, the parties shall file a letter motion requesting that time be excluded under the Speedy Trial act until August 4, 2021. The Clerk of Court is directed to terminate Doc. #30. SO ORDERED.

July 8, 2021