# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
New York, NY 10007

*Re: United States v. Alan Tejeda-Isabel, 20-Cr-515(JMF)*

Dear Judge Furman:

I am the attorney representing Mr. Tejeda-Isabel and write to respectfully request an adjournment for the upcoming court appearance currently scheduled for August 4, 2021 as I will be beginning a trial on that date.  I understand that the Court's next available date is August 25, 2021 at 11:45am, which is amenable to the defense.  The defense consents to the exclusion of time. Thank you for your consideration of this request.

Sincerely,

/s/Marisa K. Cabrera

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Given the circumstances, the application is GRANTED, and the conference is hereby ADJOURNED to August 25, 2021, at 11:45 a.m. **No further adjournment will be granted.**  If appropriate, the Government should promptly confer with defense counsel and submit a proposed order excluding time under the Speedy Trial Act through August 25, 2021.  (The Court notes that time seems to have been running off the clock since July 15, 2021.  *See* ECF Nos. 28, 31.)

The Clerk of Court is directed to terminate Doc. #32. SO ORDERED.

July 28, 2021